# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAQUILLE E. HAZELWOOD,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:14-cv-00022-LRH-WGC

**ORDER**

    Petitioner has submitted three letters requesting the status of this habeas corpus action (#7, #8 and #9). This action will be screened and processed in the usual order, which will take considerable time. No further letters are necessary.

    DATED this 25thd day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE