# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAQUILLE HAZELWOOD,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:14-cv-00022-LRH-WGC

**ORDER**

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 54), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 54) is **GRANTED**. Petitioner will have through February 5, 2018, to file and serve a reply to the answer (ECF No. 51).

DATED this 4th day of December, 2017.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE