# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAQUILLE HAZELWOOD,

    Petitioner,

vs.

HOWARD SKOLNIK, et al.,

    Respondents.

Case No. 3:14-cv-00022-LRH-WGC

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 57), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 57) is **GRANTED**. Petitioner will have through March 7, 2018, to file and serve a reply to the answer (ECF No. 51).

    DATED this 9th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE